389 A.2d 192

Commonwealth v. Cunningham, Appellant.

Submitted November 14, 1977. Morton B. DeBroff, for appellant; James H. Owen, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 192

Commonwealth v. Doyle, Appellant.

Submitted November 21, 1977. Rex Downie, Jr., for appellant; Barris Siegel, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.